AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Center for Reproductive Rights | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cv-03069-RDM |
| U.S. Dep't of Health & Human Services | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Center for Reproductive Rights.

Date:   11/14/2019

/s/ Alice Buttrick
*Attorney's signature*

Alice Buttrick (admitted pro hac vice)
*Printed name and bar number*
Cohen Milstein
88 Pine Street, 14th Floor
New York, NY 10005

*Address*

abuttrick@cohenmilstein.com
*E-mail address*

(212) 758-3049
*Telephone number*

(212) 838-7745
*FAX number*