UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 19-3068 RDM |
| v. ) ) | |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, ) ) ) | |
| Defendant. ) ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Marina Utgoff Braswell, Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case.

Respectfully submitted,

*/s/ Marina Utgoff Braswell*
MARINA UTGOFF BRASWELL
D.C. Bar # 416587
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. – Civil Div.
Washington, D.C. 20530
(202) 252-2561
Marina.Braswell@usdoj.gov