IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>   Defendants. | Civil Action No. 19-3068-RDM |

## CORRECTED NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Alice Buttrick as counsel for the Plaintiff in the above matter.

November 20, 2019          Respectfully submitted,

                     */s/ Alice Buttrick*
                     Alice Buttrick (*pro hac vice*)
                     Cohen Milstein Sellers & Toll PLLC
                     88 Pine Street ● 14th Floor
                     New York, NY 10005
                     Phone: (212) 758-3049
                     Fax: (212) 838-7745
                     abuttrick@cohenmilstein.com

                     *Attorney for Plaintiff the Center for*
                     *Reproductive Rights*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2019, I electronically filed the *Corrected Notice of Appearance* with the Clerk of the Court via the Court's CM/ECF filing system, who in turn sent notice to all parties of record.

Dated:   November 20, 2019    /s/ *Alice Buttrick*
                              Alice Buttrick