UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 19-3068-RDM

## JOINT STATUS REPORT

Pursuant to the Court's December 12, 2019 Minute Order, the Parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this FOIA case, in which Plaintiff, the Center for Reproductive Rights (the "Center"), has requested records from the U.S. Department of Health and Human Services ("HHS").

1.  In two requests for records submitted to HHS on August 30, 2019, the Center seeks records concerning resource allocation and staffing within the Conscience and Religious Freedom Division in HHS' Office for Civil Rights (the "CRFD Request"), and records concerning the allocation and expenditure of funds HHS obtained through HIPAA enforcement actions (the "HIPAA Request").

2.  Having received no substantive response from the Agency, the Center filed its Complaint on October 15, 2019.

3.  On December 11, 2019, one day before the Initial Scheduling Conference held before this Court, HHS provided 69 pages of documents responsive to the CRFD Request.

4.  Since the Initial Scheduling Conference, the Parties have agreed to a list of document custodians whose records should be searched for materials responsive to the CRFD

Request, as well as a preliminary list of search terms. The Parties further agreed to run a "trial" search using the search terms on a smaller number of custodians so that the Parties can determine whether these terms are over- or underinclusive and should be further modified. HHS provided the results of the "trial" search to the Center on February 19, 2020, and the Parties continue to negotiate the next step in the search process.

5.      In addition, HHS reviewed 36 pages of documents responsive to the CRFD Request. On February 14, 2020, HHS released 13 pages in their entirety and released an additional 23 pages with redactions pursuant to FOIA Exemptions 2 and 6.

6.      With respect to the HIPAA Request, HHS conducted a search for responsive documents but has not yet provided the Center with a description of the keywords and file locations used for the search.

7.      On February 14, 2020, HHS indicated that some of the materials responsive to this request are publicly available. It released one non-publicly available document with a redaction pursuant to FOIA Exemption 5.

8.      The Center continues to review the adequacy of these responses and the appropriateness of all redactions. As HHS makes productions of all responsive non-exempt information to Plaintiff, the Parties will consult to amicably resolve any issues regarding any withholdings. This consultation will include whether a *Vaughn* index is necessary to resolve any issues.

9.      Pursuant to the Court's December 12, 2019 Minute Order, the Parties will submit their next Joint Status Report on April 30, 2020.

February 28, 2020

Respectfully submitted,

/s/ *Kalpana Kotagal*

Kalpana Kotagal
D.C. Bar. No. 977724
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Phone: (202) 408-4600
kkotagal@cohenmilstein.com

Alice Buttrick (*pro hac vice*)
**Cohen Milstein Sellers & Toll PLLC**
88 Pine Street, Fourteenth Floor
New York, NY 10005
Phone: (212) 838-7797
abuttrick@cohenmilstein.com

*Counsel for Plaintiff Center for Reproductive Rights*

TIMOTHY J. SHEA, D.C. Bar. No. 437437
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/ *Brenda González Horowitz*

BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Counsel for Defendant*