UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-3068 (RDM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's December 12, 2019 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff, the Center for Reproductive Rights (the "Center"), has requested records from Defendant, the U.S. Department of Health and Human Services ("HHS").

1. In two requests for records submitted to HHS on August 30, 2019, the Center seeks records concerning resource allocation and staffing within the Conscience and Religious Freedom Division in HHS's Office for Civil Rights (the "CRFD Request"), and records concerning the allocation and expenditure of funds HHS obtained through Health Insurance Portability and Accountability Act ("HIPAA") enforcement actions (the "HIPAA Request").

2. As the parties informed the Court in their October 30, 2020 Joint Status Report (ECF No. 20), the parties have reached an agreement on search terms for the CRFD Request. HHS applied the following search terms to the custodian accounts of Roger Severino, Robinsue

Frohboese, Luis Enrique Perez, Maya Norohna, Steve Novy, David Hyams, Mandi Ancalle, and Zinethia Clemons:

> ("CRFD" OR "Conscience and Religious Freedom Division" OR "Conscience and Religious Freedom OR "CRF") AND ("recruit" OR "overtime" OR "hiring" OR "Contractor" OR "reallocate!" OR "procurement" OR "onboard" OR "application" OR "applicant" OR "interview" OR "classify" OR "classification" OR "allocate!" OR "funding" OR "budget" OR "convert" OR "complaint!") AND NOT ("Protecting Statutory Conscience Rights in Health Care" OR NPRM)

HHS informed the Center that they ran these search terms on the documents of the custodian accounts and uncovered 17,953 documents, excluding attachments, after running the software it uses to conduct de-duplication of documents returned in a search. HHS indicated that it would take a minimum of 3 years to process 17,953 documents.

3. Based on the hit count list provided, the Center agreed to limit the agreed-upon search by removing the terms struck out below as follows:

> (~~"CRFD" OR "Conscience and Religious Freedom Division" OR~~ "Conscience and Religious Freedom" ~~OR "CRF"~~) AND ("recruit" OR "overtime" OR "hiring" OR "Contractor" OR "reallocate!" OR "procurement" OR "onboard" OR "application" OR "applicant" OR "interview" OR "classify" OR "classification" OR "allocate!" OR "funding" OR "budget" OR "convert" OR "complaint!") AND NOT ("Protecting Statutory Conscience Rights in Health Care" OR NPRM)

The Parties further reported that although they disagreed on whether this agreed-upon search should be HHS's final search for records responsive to the Center's CRFD Request, they continued to negotiate ways to reduce the document count and hoped to bring this issue to a resolution.

4. The parties have since reached an agreement for review and production of the documents located during the agreed-upon search for HHS to process. On November 6, HHS informed Plaintiff that it could review 500 pages per month because of its FOIA caseloads. The parties agreed that HHS would review and produce nonexempt responsive documents on a custodian-by-custodian basis in a prescribed order that the Center hopes will facilitate resolution

of this request without motion practice. On December 18, 2020, HHS provided Plaintiff HHS's eighth interim response, informing Plaintiff that HHS reviewed 1,261 pages and determined that all of those pages are non-responsive to Plaintiff's CRFD Request. HHS will continue to process records potentially response to Plaintiff's CRFD Request and provide an interim response on the 15th day of each month until processing is complete.

5. The Center inquired on October 19 as to why, considering HHS has already produced (in its sample production) documents received by custodian Zinethia Clemons that hit on the agreed-upon search terms, HHS has indicated that its search using the agreed upon search terms produced no documents in Ms. Clemmons's custodial account that hit on the search terms. HHS informed Plaintiff that HHS is still awaiting an explanation from Office of the Chief Information Officer. The Center hopes that understanding this issue will facilitate further progress between the parties toward resolution.

6. Separately, regarding the Center's HIPPA request, HHS has informed Plaintiff that it completed its processing of records responsive to that request. The Center requested on October 28 that HHS provide the Center with a data dictionary to determine if the Center believes that HHS fully complied with the Center's HIPPA request. After HHS informed Plaintiff on December 23, 2020 that it is not certain that a data dictionary exists, Plaintiff clarified that what it was seeking is an explanation of the meaning of the relevant headers in spreadsheets previously produced. HHS is considering the Center's request and the Parties will continue to attempt to amicably resolve this Request without further burdening the Court.

7. Pursuant to the Court's December 12, 2019 Minute Order, the Parties will submit their next joint status report on February 26, 2021.

- 4 -

| | |
|---|---|
| Respectfully submitted, | MICHAEL R. SHERWIN<br>Acting United States Attorney |
| /s/ Kalpana Kotagal<br>Kalpana Kotagal<br>D.C. Bar. No. 977724<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Phone: (202) 408-4600<br>kkotagal@cohenmilstein.com | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By:  /s/ Michael A. Tilghman II<br>      MICHAEL A. TILGHMAN II<br>      D.C. Bar #988441<br>      Assistant United States Attorney<br>      U.S. Attorney's Office, Civil Division<br>      555 Fourth Street, N.W.<br>      Washington, D.C. 20530<br>      (202) 252-7113<br>      Michael.Tilghman@usdoj.gov |
| David O. Fisher (pro hac vice)<br>**Cohen Milstein Sellers & Toll PLLC**<br>88 Pine Street, Fourteenth Floor<br>New York, NY 10005<br>Phone: (212) 838-7797<br>DFisher@cohenmilstein.com | *Attorneys for the United States of America* |
| *Attorneys for Plaintiff Center for Reproductive Rights* | |
| Dated: December 31, 2020 | |