UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-3068 (FYP)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 12, 2019 Minute Order, the Parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff, the Center for Reproductive Rights (the "Center"), has requested records from Defendant, the U.S. Department of Health and Human Services ("HHS").

1. In two requests for records submitted to HHS on August 30, 2019, the Center seeks certain records concerning resource allocation and staffing within the Conscience and Religious Freedom Division in HHS's Office for Civil Rights (the "CRFD Request"), and certain records concerning the allocation and expenditure of funds HHS obtained through Health Insurance Portability and Accountability Act ("HIPAA") enforcement actions (the "HIPAA Request").

2. As the Parties stated in their December 31, 2020 Joint Status Report (ECF No. 22), the Parties reached an agreement for review and production of nonexempt documents responsive to the CRFD Request located during the agreed-upon search of the email accounts of eight custodians. On November 6, 2020, HHS informed the Center that it could review 500 pages per

month because of its FOIA caseloads. The Parties agreed that HHS would review and produce responsive non-exempt documents on a custodian-by-custodian basis.

3. HHS provided its nineteenth and twentieth interim responses on November 15 and December 15, 2021, respectively. In its nineteenth interim response, HHS informed the Center that it had reviewed 512 pages, of which it determined 427 pages are nonresponsive, withheld 37 pages pursuant an asserted FOIA exemption, released 12 pages in full, and released 36 pages in part. For its twentieth interim response, HHS informed the Center that it reviewed 591 pages, but determined that all 591 pages were nonresponsive and thus none were subsequently released.

4. As reported in the October 29, 2021 Joint Status Report, to address the Center's concerns about the deletion of custodian accounts belonging to Zinethia Clemmons and Mandi Ancalle, HHS agreed to search the custodial accounts of Luis Enrique Perez and Steve Novy, who directly supervised Ms. Clemmons and Ms. Ancalle, and to produce all nonexempt communications responsive to the Center's CFRD request where Ms. Clemmons's email address was included as either sender or recipient. HHS also agreed to search the custodial accounts of David Hyams, to whom Ms. Ancalle reported, and to produce all nonexempt communications responsive to the Center's CFRD request where Ms. Ancalle's email address was included as either sender or recipient. The Parties agreed that HHS would, for the time being, prioritize review and production of documents from these searches, and the nineteenth and twentieth interim responses result from the search for documents containing Ms. Clemmons's email address.

5. HHS's search for emails sent to or received by Ms. Clemmons yielded responsive documents sent from Ms. Clemmons. In one email, Ms. Clemmons references an attachment containing "corrected numbers" related to the hiring of additional staff, which were apparently

requested by Steve Novy and/or Roger Severino. The Center requested that HHS produce the referenced attachment in full, and HHS agreed to search for the requested attachment and process it if located. The Center expects the Agency to produce the attachment in full once it is located.

6. As previously reported, HHS informed the Center that it has completed its processing of records responsive to the Center's HIPAA Request. The Center believes that its analysis of the produced documents suggests that HHS has not produced all documents necessary to connect HIPAA enforcements with expenditures or to track HIPAA enforcement funds to their end payee. On October 15, 2021, the Center provided HHS with a letter listing types of documents which the Center believes are responsive to the HIPAA Request but which have not been produced. HHS needs additional time to provide its position in response. The Center hopes to receive a response from HHS regarding whether HHS plans to make any further productions in response to this Request by January 31, 2022.

7. Pursuant to the Court's December 12, 2019 Minute Order, the Parties will submit their next joint status report on February 28, 2022.

...

Respectfully submitted,

| | |
|---|---|
| /s/ David O. Fisher<br>David O. Fisher (*pro hac vice*)<br>**Cohen Milstein Sellers & Toll PLLC**<br>88 Pine Street, Fourteenth Floor<br>New York, NY 10005<br>Phone: (212) 838-7797<br>DFisher@cohenmilstein.com<br><br>Kalpana Kotagal<br>D.C. Bar. No. 977724<br>Ryan Wheeler (*pro hac vice*)<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Phone: (202) 408-4600<br>kkotagal@cohenmilstein.com<br>rwheeler@cohenmilstein.com<br><br>*Attorneys for Plaintiff Center for Reproductive Rights*<br><br>Dated: December 29, 2021 | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By: /s/ Michael A. Tilghman II<br>    MICHAEL A. TILGHMAN II<br>    D.C. Bar #988441<br>    Assistant United States Attorney<br>    U.S. Attorney's Office, Civil Division<br>    555 Fourth Street, NW<br>    Washington, DC 20530<br>    (202) 252-7113<br>    Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |