UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-3068 (FYP)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 12, 2019 Minute Order, the Parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff, the Center for Reproductive Rights (the "Center"), has requested records from Defendant, the U.S. Department of Health and Human Services ("HHS").

1. In two requests for records submitted to HHS on August 30, 2019, the Center seeks certain records concerning resource allocation and staffing within the Conscience and Religious Freedom Division in HHS's Office for Civil Rights (the "CRFD Request"), and certain records concerning the allocation and expenditure of funds HHS obtained through Health Insurance Portability and Accountability Act ("HIPAA") enforcement actions (the "HIPAA Request").

2. As the Parties stated in their December 31, 2020 Joint Status Report (ECF No. 22), the Parties reached an agreement for review and production of nonexempt documents responsive to the CRFD Request located during the agreed-upon search of the email accounts of eight custodians. On November 6, 2020, HHS informed the Center that it could review 500 pages per

month because of its FOIA caseloads. The Parties agreed that HHS would review and produce responsive non-exempt documents on a custodian-by-custodian basis.

3. HHS provided its twenty-first and twenty-second interim responses on January 15 and February 15, 2022, respectively. In its twenty-first interim response, HHS informed the Center that it had reviewed 521 pages, of which it determined 494 pages were nonresponsive, withheld six pages in full pursuant to an asserted FOIA exemption, released 8 pages in full, and released 13 pages in part. For its twenty-second interim response, HHS informed the Center that it reviewed 515 pages, but determined that 513 of those pages were not relevant. HHS released the other two pages in part.

4. As reported in the October 29, 2021 Joint Status Report, to address the Center's concerns about the deletion of custodian accounts belonging to Zinethia Clemmons and Mandi Ancalle, HHS agreed to search the custodial accounts of Luis Enrique Perez and Steve Novy, who directly supervised Ms. Clemmons and Ms. Ancalle, and to produce all nonexempt communications responsive to the Center's CFRD request where Ms. Clemmons's email address was included as either sender or recipient. HHS also agreed to search the custodial accounts of David Hyams, to whom Ms. Ancalle reported, and to produce all nonexempt communications responsive to the Center's CFRD request where Ms. Ancalle's email address was included as either sender or recipient. The Parties agreed that HHS would, for the time being, prioritize review and production of documents from these searches, and the twenty-first and twenty-second interim responses result from the search for documents containing Ms. Clemmons's email address. The Center believes that the most recent productions of documents relating to Ms. Clemmons are responsive to the Request and are hopeful that future productions will be similarly responsive.

3

5. As previously reported, HHS informed the Center that it has completed its processing of records responsive to the Center's HIPAA Request. The Center believes that its analysis of the produced documents suggests that HHS has not produced all documents necessary to connect HIPAA enforcements with expenditures or to track HIPAA enforcement funds to their end payee. On October 15, 2021, the Center provided HHS with a letter listing types of documents which the Center believes are responsive to the HIPAA Request but which have not been produced. It is the Center's position that after more than eight weeks of negotiations, the Agency is unable to commit to producing those documents or to explain its refusal to do so. HHS disagrees with the Center's assertion as it is HHS's position that certain categories of information it requested in October 2021 fall outside the scope of its original FOIA request. HHS believes that its search was adequate but is still looking into the Center's concerns and needs additional time to do so. The Parties will continue to work toward a resolution of this Request.

6. Pursuant to the Court's December 12, 2019 Minute Order, the Parties will submit their next joint status report on April 29, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ Kalpana Kotagal<br>Kalpana Kotagal<br>D.C. Bar. No. 977724<br>Ryan Wheeler (pro hac vice)<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Phone: (202) 408-4600<br>kkotagal@cohenmilstein.com<br>rwheeler@cohenmilstein.com<br><br>David O. Fisher (pro hac vice)<br>**Cohen Milstein Sellers & Toll PLLC**<br>88 Pine Street, Fourteenth Floor<br>New York, NY 10005<br>Phone: (212) 838-7797<br>DFisher@cohenmilstein.com<br><br>*Attorneys for Plaintiff Center for Reproductive Rights*<br><br>Dated: February 28, 2022 | CHANNING D. PHILLIPS<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>        MICHAEL A. TILGHMAN II<br>        D.C. Bar #988441<br>        Assistant United States Attorney<br>        U.S. Attorney's Office, Civil Division<br>        555 Fourth Street, NW<br>        Washington, DC 20530<br>        (202) 252-7113<br>        Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |