UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CENTER FOR REPRODUCTIVE RIGHTS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 19-3068 (FYP)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

1.　Pursuant to the Court's December 12, 2019 Minute Order, the Parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff, the Center for Reproductive Rights (the "Center"), has requested records from Defendant, the U.S. Department of Health and Human Services ("HHS").

2.　In two requests for records submitted to HHS on August 30, 2019, the Center seeks certain records concerning resource allocation and staffing within the Conscience and Religious Freedom Division in HHS's Office for Civil Rights (the "CRFD Request"), and certain records concerning the allocation and expenditure of funds HHS obtained through Health Insurance Portability and Accountability Act ("HIPAA") enforcement actions (the "HIPAA Request").

3.　As the Parties stated in their December 31, 2020 Joint Status Report (ECF No. 22), the Parties reached an agreement for review and production of nonexempt documents responsive to the CRFD Request located during the agreed-upon search of the email accounts of eight custodians.  On November 6, 2020, HHS informed the Center that it could review 500 pages per

month because of its FOIA caseloads.  The Parties agreed that HHS would review and produce responsive non-exempt documents on a custodian-by-custodian basis.

4. As requested by the Center and as explained in the parties' April 29, 2022 Joint Status Report, HHS began to process the results of the Ancalle-Hyams search beginning with its May response.   HHS provided its twenty-fifth and twenty-sixth responses to the CRFD Request on May 16 and June 15, 2022, respectively.  In its twenty-fifth response, HHS informed the Center that it had reviewed 699 pages, of which it determined that all pages were nonresponsive.  For its twenty-sixth response, HHS informed the Center that it had reviewed 512 pages, of which it determined that all pages were nonresponsive.

5. Plaintiff's HIPAA Request sought all records sufficient to show the allocation and expenditure of funds received through HIPAA enforcement actions, including records sufficient to identify the agency, division, or individual that received such funds and the purpose to which such funds were put. The Agency believes it has fully responded to the HIPAA request and production is complete.

6. In an October 15, 2021 correspondence, the Center stated that HHS has not produced documents necessary to connect funds collected from HIPAA enforcement actions with expenditures or to track HIPAA enforcement funds to their end payee. In response to the October 15, 2021 letter, on April 15, 2022, and as its ninth interim response to the Center's FOIA Request, HHS released a list of 18 Interagency Agreements, 17 of which were among the 30 referenced in a previously released transaction list.  On April 28, 2022, the Agency supplemented this production with an agreement omitted from the April 15 release.  The Center believes that the Interagency agreements produced in the ninth interim response are responsive to the request and should have been produced previously.  Furthermore, it is the Center's position that the totality of the Agency's

productions are not sufficient to track the Agency's use of HIPAA enforcement funds. The Center remains open to negotiating additional productions to the extent productive. However, considering the Agency's sustained position that its productions in response to the FOIA Request are complete, the Center may seek Court intervention. The Agency believes that involving the Court is inappropriate at this time as the Agency continues to process records potentially responsive to the Center's CRFD request.

7. Pursuant to the Court's December 12, 2019 Minute Order, the Parties will submit their next joint status report on August 31, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ *Kalpana Kotagal*<br>KALPANA KOTAGAL<br>D.C. Bar. No. 977724<br>RYAN WHEELER (pro hac vice)<br>**Cohen Milstein Sellers & Toll PLLC**<br>1100 New York Ave. NW, Fifth Floor<br>Washington, DC 20005<br>Phone: (202) 408-4600<br>kkotagal@cohenmilstein.com<br>rwheeler@cohenmilstein.com<br><br>DAVID O. FISHER (pro hac vice)<br>**Cohen Milstein Sellers & Toll PLLC**<br>88 Pine Street, Fourteenth Floor<br>New York, NY 10005<br>Phone: (212) 838-7797<br>DFisher@cohenmilstein.com<br><br>*Attorneys for Plaintiff Center for Reproductive Rights*<br><br>Dated: June 30, 2022 | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Michael A. Tilghman II*<br>MICHAEL A. TILGHMAN II<br>D.C. Bar #988441<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D Street N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 252-7113<br>Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |